# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MEELAD DEZFOOLI, | Case No. 2:24-cv-01369-GMN-NJK |
| Petitioner, | **ORDER** |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner Meelad Dezfooli has submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1-1.) However, Dezfooli has not properly commenced this action by either paying the standard $5.00 filing fee or filing an Application for Leave to Proceed *In Forma Pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. This Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP Application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Dezfooli has up to and including September 6, 2024, to either pay the $5 filing fee or file a complete IFP Application.

Further, Dezfooli did not file his Petition on the appropriate form or in substantial compliance with the form but, instead, hand-wrote his Petition on blank paper. His hand-written Petition fails to disclose the required information. The form is important as it provides the Court with necessary information to conduct a preliminary review of the Petition. Accordingly, Dezfooli

has up to and including September 6, 2024, to file an Amended Petition on the Court's form.[1] In doing so, Dezfooli is advised to follow the instructions on the form. Dezfooli must clearly title the Amended Petition as such, and he must place the case number, 2:24-cv-01369-GMN-NJK, in the designated space.

It is therefore Ordered that the initial screening of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1-1) is deferred until such time as Dezfooli has fully complied with this Order.

It is further Ordered that on or before September 6, 2024, Dezfooli must (1) file an IFP Application on the approved form with the three supporting documents listed above <u>or</u> pay the $5 filing fee, **_and_** (2) file an Amended Petition on the Court's form. Dezfooli's failure to comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

It is further Ordered that the Clerk of Court send Dezfooli (1) one blank copy of the IFP Application form for inmates along with instructions, (2) one blank copy of the form Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 along with instructions, and (3) a copy of the Petition (ECF No. 1-1).

Dated:  July 26, 2024

_____
Gloria M. Navarro, Judge
United States District Court

---

[1] Dezfooli remains responsible at all times for calculating the applicable statute of limitations. By ordering Dezfooli to amend his Petition, the Court makes no finding or representation that either the original or Amended Petition will be considered timely.